

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00126-CR

Joel Price **MORRIS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5226
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's brief was originally due on October 30, 2014. Appellant's appointed counsel, Mr. M. Patrick Maguire, has been granted two previous extensions, the latest until December 31, 2014. On January 2, 2015, Mr. Maguire filed his third request for an extension. The motion is GRANTED, and it is ORDERED that Mr. Maguire file appellant's brief <u>no later than January 30, 2015</u>. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court